UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                      Case No. 15−33316
                                           Chapter 13
Dale Robinson,

    Debtor.

# ORDER

    This case is before the court on the following matter:

*25* – Rule 9007 Motion/Notice/Objection: Motion to Modify Plan Post Confirmation for Settlement Proceeds filed by Sabrina L. McKinney [Acting] on behalf of Sabrina L. McKinney [Acting]. Responses due by 10/17/2016. (McKinney [Acting], Sabrina)

    It appears that notice has been given pursuant to LBR 9007−1 and that no response has been filed. Accordingly, it is

    **ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated October 21, 2016

                                                     Dwight H. Williams Jr.
                                                   United States Bankruptcy Judge